IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE SMALLS, et al., | : | No. 16-4883 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **18th** day of **October**, **2017**, upon consideration of Plaintiff's Amended Brief in Support of Plaintiff's Application for Default Judgment, and for the reasons stated in the Court's Memorandum dated October 18, 2017, it is hereby **ORDERED** that:

1. The Application (Document No. 13) is **GRANTED**.

2. Judgment is entered in favor of J & J Sports Productions, Inc., and against Lawrence Smalls and Small Gnt, Inc., jointly and severally, in the amount of $2,200.

3. Plaintiff is granted leave to file a Motion for Attorneys' Fees and Costs by **November 1, 2017**.

BY THE COURT:

_____
**Berle M. Schiller, J.**